# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:14-CR-22-1BO

JEFFREY H. MARSHBURN

On November 7, 2011, the above named was convicted of Conspiracy in the Eastern District of Virginia and sentenced to an 8-month term of imprisonment. He completed that term on August 31, 2012, and began a 36-month period of supervised release in the Eastern District of North Carolina. During his supervision period, the offender satisfied restitution, and has complied with all other rules and regulations of supervised release. Therefore, it is recommended that he be discharged from supervision.

Reviewed and approved,

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake  
David W. Leake  
U.S. Probation Officer  
200 Williamsburg Pkwy, Unit 2  
Jacksonville, NC 28546-6762  
Phone: 910-346-5109  
Executed On: August 3, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __5__ day of __August__, 2015.

Terrence W. Boyle  
U.S. District Judge